# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Stanzer Knox,                                            Civil No. 17-5351 (DWF/TNL)

          Plaintiff,

v.                                                              **ORDER**

State Farm Fire and Casualty Company,

          Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 20, 2021 (Doc. No. [37]), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Tony N. Leung's January 20, 2021 Report and Recommendation (Doc. No. [37]) is **ADOPTED**.

2. Defendant's Motion for Remand Pursuant to 28 U.S.C. § 1447(c) (Doc. No. [27]) is **GRANTED**.

3. The Clerk shall **REMAND** this matter to the State of Minnesota District Court, Fourth Judicial District, Hennepin County.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 10, 2021                  s/Donovan W. Frank
                                                          DONOVAN W. FRANK
                                                          United States District Judge